UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GARY PATRICK MCKEE,**

    **Plaintiff,**

**v.**              **Case No. 3:16cv386/MCR/CJK**

**GOVERNOR RICK SCOTT, et al.,**

    **Defendants.**
_____/

## O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated August 5, 2016. ECF No. 5. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this Order.

2. This case is DISMISSED for lack of subject matter jurisdiction.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 7th day of September, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**